| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Dragan Micic** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1369** <br> EIN   __–_____ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   __–_____ |
| United States Bankruptcy Court   **Northern District of Illinois** | Date case filed for chapter   **7**   **4/12/19** |
| Case number:   **19–10717** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dragan Micic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11046 West 167th Place <br> Orland Park, IL 60467 | |
| 4. | **Debtor's attorney** <br> Name and address | Anthony J Peraica <br> anthony j. peraica & Associates, Ltd. <br> 5130 South Archer Avenue <br> Chicago, IL 60632 | Contact phone 773–7351700 <br> Email:  peraicalaw@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Phillip D Levey ESQ <br> 2722 North Racine Avenue <br> Chicago, IL 60614 | Contact phone 773 348–9682 <br> Email: levey47@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 4/15/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 7, 2019 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/6/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 19-10717-JBS
Dragan Micic                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: vvirgen                Page 1 of 2                  Date Rcvd: Apr 15, 2019
                               Form ID: 309A                Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db             +Dragan Micic,    11046 West 167th Place,    Orland Park, IL 60467-8715
27746484       +Anthony J. Peraica & Assoc., Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
27746483        Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
27746482        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
27746489      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,    PO Box 78045,    Phoenix, AZ 85062-8045)
27746485        Chase Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
27746488        Citi,   PO Box 790046,    St. Louis, MO 63179-0046
27746490        Citi Cards,    PO Box 9001016,    Louisville, KY 40290-1016
27746491       +Citicards / Home Depot CBNA,    PO Box 6217,    Sioux Falls, SD 57117-6217
27746499       +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
27746500        Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,   Allen, TX 75013-2002
27746502      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,    MD 1MOCOP,
                 Cincinnati, OH 45263-0001)
27746501        Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
27746503       +Groznek Law Firm,    3601 N. Pulaski Road,    Chicago, IL 60641-3017
27746504        HSBC Bank USA, NA,    PO Box 4657,    Carol Stream, IL 60197-4657
27746506        Illinois Dept. of Revenue,    PO Box 19053,    Springfield, IL 62794-9053
27746512        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
27746511        PNC Bank,    PO Box 8703,    Dayton, OH 45401-8703
27746513       +PNC Bank, NA,    PO Box 500/K-A16-2J,    Portage, MI 49081-0500
27746515        TD Auto Finance,    PO Box 100295,    Columbia, SC 29202-3295
27746518       +Tomasz Markut,    c/o Groznek Law Firm,    3601 N. Pulaski Road,    Chicago, IL 60641-3017
27746519        TransUnion LLC,    Attn: Bankruptcy Dept.,    P.O. Box 1000,   Chester, PA 19016-1000
27746522        U.S. Bank - CB Disputes,    PO Box 108,    St. Louis, MO 63166-0108
27746525       +ZiaIlic, Ltd.,    180 N. LaSalle St.,    Suite 3700,   Chicago, IL 60601-2809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: peraicalaw@aol.com Apr 16 2019 02:31:58      Anthony J Peraica,
                 anthony j. peraica & Associates, Ltd.,    5130 South Archer Avenue,    Chicago, IL 60632
tr             +EDI: QPDLEVEY.COM Apr 16 2019 05:58:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
                 Chicago, IL 60614-1206
27746480        EDI: AMEREXPR.COM Apr 16 2019 05:58:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
27746481        EDI: AMEREXPR.COM Apr 16 2019 05:58:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
27746479        EDI: AMEREXPR.COM Apr 16 2019 05:58:00      American Express,    Box 0001,
                 Los Angeles, CA 90096-8000
27746486        EDI: CHASE.COM Apr 16 2019 05:58:00      Chase Cardmember Service,    PO Box 15298,
                 Wilmington, DE 19850-5298
27746487       +EDI: CITICORP.COM Apr 16 2019 06:03:00      Citi,   Box 6500,    Sioux Falls, SD 57117-6500
27746492        EDI: CITICORP.COM Apr 16 2019 06:03:00      Citicards / CBNA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
27746493        EDI: RCSFNBMARIN.COM Apr 16 2019 05:58:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
27746494        EDI: RCSFNBMARIN.COM Apr 16 2019 05:58:00      Credit One Bank, NA,    PO Box 98873,
                 Las Vegas, NV 89193-8873
27746495        EDI: DISCOVER.COM Apr 16 2019 05:58:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
27746497        EDI: DISCOVER.COM Apr 16 2019 05:58:00      Discover Card Services,    PO Box 30943,
                 Salt Lake City, UT 84130
27746496        EDI: DISCOVER.COM Apr 16 2019 05:58:00      Discover Card Services,    PO Box 6103,
                 Carol Stream, IL 60197-6103
27746505        EDI: HFC.COM Apr 16 2019 06:03:00      HSBC Bank USA, NA,   PO Box 9,    Buffalo, NY 14240-0009
27746507       +E-mail/Text: rev.bankruptcy@illinois.gov Apr 16 2019 02:33:23      Illinois Dept. of Revenue,
                 Springfield, IL 62726-0001
27746508        EDI: IRS.COM Apr 16 2019 06:03:00      Internal Revenue Service,    PO Box 802501,
                 Cincinnati, OH 45280-2501
27746509        EDI: CBSKOHLS.COM Apr 16 2019 05:58:00      Kohls / Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
27746509        E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 02:32:41      Kohls / Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
27746510        EDI: TSYS2.COM Apr 16 2019 05:58:00      Macys / DSNB,    PO Box 8218,   Mason, OH 45040-8218
27746514        EDI: RMSC.COM Apr 16 2019 06:03:00      SYNCB / Synchrony Home,    PO Box 965036,
                 Orlando, FL 32896-5036
27746516        EDI: CHRYSLER.COM Apr 16 2019 05:58:00      TD Auto Finance,    PO Box 9223,
                 Farmington Hills, MI 48333-9223
27746517        EDI: CHRYSLER.COM Apr 16 2019 05:58:00      TD Auto Finance,    2777 Franklin Road,
                 Farmington Hills, MI 48334
27746521        EDI: USBANKARS.COM Apr 16 2019 05:58:00      U.S. Bank,    Cardmember Service,   PO Box 6352,
                 Fargo, ND 58125-6352
```

```
District/off: 0752-1          User: vvirgen              Page 2 of 2                  Date Rcvd: Apr 15, 2019
                              Form ID: 309A              Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
27746520         EDI: USBANKARS.COM Apr 16 2019 05:58:00     U.S. Bank,   PO Box 790408,
                  St. Louis, MO  63179-0408
27746524        +EDI: WFFC.COM Apr 16 2019 05:58:00     Wells Fargo Home Mortgage,   PO Box 10335,
                  Des Moines, IA 50306-0335
27746523         EDI: WFFC.COM Apr 16 2019 05:58:00     Wells Fargo Home Mortgage,   PO Box 14538,
                  Des Moines, IA  50306-3538
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27746498*         Dragan Micic,    11046 West 167th Place,    Orland Park, IL  60467-8715
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Anthony J Peraica    on behalf of Debtor 1 Dragan  Micic peraicalaw@aol.com,   cwinans@peraica.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.axosfs.com
                                                                                               TOTAL: 3
```