United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| In re: | Case No. 19 BK 10717 |
|---|---|
| Dragan Mimic | Chapter 7 |
| Debtor(s). | Judge: Hon. Jack B. Schmetterer |

## ORDER MODIFYING THE DISCHARGE INJUNCTION

This matter coming to be heard on the motion of creditor, Tomasz Markut ("Creditor"), to modify the discharge injunction issued to Debtor under 11 U.S.C. Sec. 524, notice having been served on the parties of interest, and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

The section 524 discharge injunction issued to Debtor, Dragan Mimic ("Debtor"), is modified to allow Creditor to resume his cause of action for negligence against Debtor in the lawsuit filed in the Circuit Court of Cook County, Illinois, and assigned Case No. 2017-L-012602, to establish Debtor's liability for negligence and to recover damages from Debtor's insurer to the extent of available insurance proceeds. Should the insurer not defend or cover any liability, jurisdiction is reserved to modify this order.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 15 day of August 2019